UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF RAFAEL RAMIREZ LARA, et al.,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 21-cv-02409-PJH

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION**

Re: Dkt. No. 51

Pursuant to Civil Local Rule 7-11, the parties hereby move to modify the current case management and pretrial order to extend the discovery cut-off and subsequent deadlines by two (2) months. To accommodate the parties' good faith efforts to complete discovery, and good cause appearing, the parties' joint motion is GRANTED, as modified in bold below.

|  | Current Deadline (Dkt. 35) | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | 1/31/22 | 3/31/22 |
| Disclosure of Experts | 2/28/22 | 4/29/22 |
| Disclosure of Rebuttal Experts | 3/28/22 | 5/27/22 |
| Expert Discovery Cutoff | 5/12/22 | 7/15/22 |
| Dispositive Motion Hearing | 7/28/22 | 9/29/22 |
| Pretrial Conference Date | 11/10/22 | **1/26/23** |
| Trial Date | 12/5/22 | **2/27/23** |

**IT IS SO ORDERED.**

Dated: December 7, 2021

                                                 */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge