| | |
|---|---|
| 1 | Peter G. Bertling (SBN 131602) |
| 2 | Jemma Parker Saunders (SBN 227962) |
| | Bertling Law Group, Inc. |
| 3 | 21 East Canon Perdido Street, Suite 204B |
| 4 | Santa Barbara, CA 93101 |
| | Telephone: 805-879-7558 |
| 5 | Facsimile: 805-869-1597 |
| 6 | peter@bertlinglawgroup.com |
| | jemma@bertlinglawgroup.com |
| 7 | |
| 8 | Attorneys for Defendants WELLPATH, KIP HALLMAN, JORGE DOMINICIS, THOMAS PANGBURN, PAUL FRANCISCO, RAYMOND HERR, and CHRISTINA KAUPP |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF RAFAEL RAMIREZ LARA, deceased, by and through PATRICIA RAMIREZ; PATRICIA RAMIREZ; RAFAEL RAMIREZ; and JENNIFER RAMIREZ,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; JAMES BASS, in his individual and official capacity; JOHNATHAN THORNBURG, in his individual and official capacity; RAY TONGOL, in his individual and official capacity; J. TEJEDA, in his individual and official capacity; WELLPATH; KIP HALLMAN; JORGE DOMINICIS; THOMAS PANGBURN; PAUL FRANCISCO, RAYMOND HERR; and CHRISTINA KAUPP,<br><br>        Defendants. | Case No.: 4:21-cv-02409-PJH<br><br>**NOTICE OF UNAVAILABILITY**<br><br><br><br>Action Filed: April 2, 2021<br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3 – 3rd Floor |

| | |
|---|---|
| 1 | **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF** |
| 2 | **RECORD HEREIN:** |

  **PLEASE TAKE NOTICE** that commencing on March 16, 2022 through and including March 25, 2022; April 4, 2022 through and including April 15, 2022; August 15, 2022 through and including September 3, 2022; September 28, 2022 through and including September 30, 2022; December 15, 2022 through and including December 30, 2022, Peter G. Bertling, attorney of record for defendants, WELLPATH, KIP HALLMAN, JORGE DOMINICIS, THOMAS PANGBURN, PAUL FRANCISCO RAYMOND HERR, and CHRISTINA KAUPP will be unavailable for any purpose whatsoever.

  Such unavailability includes, but is not limited to, responding to telephone calls, receiving notices of any kind, responding to ex parte applications, motions, and/or other requests, appearing in Court, or attending depositions. This notice is given pursuant to *Tenderloin Housing Clinic, Inc. v. Sparks,* 8 Cal.App.4th 299 (1992), and subsequent authority, which restricts the conduct of any attorney who purposely attempts to schedule a conflicting proceeding without good cause and which fails to respect the legitimate interests of fellow members of the bar. In case of emergencies only, a staff member may be reached at (805) 879-7558.

Dated: December 23, 2021

Respectfully submitted,

BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Attorney for Defendants
WELLPATH, KIP HALLMAN, JORGE
DOMINICIS, THOMAS PANGBURN,
PAUL FRANCISCO, RAYMOND HERR,
and CHRISTINA KAUPP