UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RAFAEL RAMIREZ LARA, and others,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, WELLPATH, and others,<br><br>Defendants. | Case No. 21-cv-02409 PJH (NC)<br><br>**ORDER UPDATING STATUS OF DISCOVERY DISPUTE REFERRED AT ECF 52** |

Presented to the Court is a discovery dispute in which the *Lara* Plaintiffs request access to the systemic information from an earlier settled class action against the same jail, *Hernandez v. Monterey County*, N.D. Cal. Case No. 13-cv-2354 BLF, including neutral monitor reports, assessments, audit reports, and corrective action plans. Judge Hamilton referred this discovery dispute to me with the express objective of seeking consensus. ECF 52. I held a discovery conference on January 5, 2022. ECF 59. The parties did not reach agreement at the conference, so I asked them to file proposed orders that would help me to suggest areas of agreement. The proposed orders are filed at ECF 60 (Defendants); ECF 61 (*Hernandez* plaintiffs); and ECF 62 (*Lara* plaintiffs). I then issued a proposed order with proposed discovery parameters to resolve the dispute. ECF 69. The parties did not all agree to my proposal, so no consensus has been reached. ECF 70 (Defendants' response); ECF 71 (*Lara* Plaintiffs' response).

Mindful that the fact discovery cut-off in this case is March 31, 2022, I return the referred discovery dispute to Judge Hamilton. Unfortunately, the parties have not reached agreement on Plaintiffs' request for systemic information from the *Hernandez* case.

**IT IS SO ORDERED.**

Dated: February 8, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge