UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RAFAEL RAMIREZ LARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 21-cv-02409-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 74 |

The court is in receipt of the parties' joint administrative motion, filed February 25, 2022. The parties move to modify the discovery and other case management deadlines set by the court and most recently updated on December 7, 2021. Dkt. 53. The court ORDERS the parties to appear for a case management conference on March 17, 2022, at 2:00 p.m., to address the remaining case schedule. The current schedule will remain in place until a new one is set at the conference. The parties must prepare and timely file a supplemental joint case management statement as required by Civil Local Rule 16(d). This order does not impact the settlement conference currently set for March 28, 2022, with Judge Ryu. Dkt. 65.

**IT IS SO ORDERED.**

Dated: February 28, 2022

*/s Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge