LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
ELLEN S. LYONS, SBN 136011
Deputy County Counsel
County of Monterey, Office of the County Counsel
168 West Alisal Street, Third Floor
Salinas, California 93901
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
LyonsE@co.monterey.ca.us

Attorneys for Defendants,
COUNTY OF MONTEREY; SHERIFF STEVE BERNAL; JAMES BASS;
JOHNATHAN THORNBURG; RAY TONGOL, and JESUS TEJEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| ESTATE OF RAFAEL RAMIREZ LARA, deceased, by and through PATRICIA RAMIREZ; PATRICIA RAMIREZ; RAFAEL RAMIREZ; and JENNIFER RAMIREZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; JAMES BASS, in his individual and official capacity; JOHNATHAN THORNBURG, in his individual and official capacity; RAY TONGOL, in his individual and official capacity; J. TEJEDA, in his individual and official capacity; WELLPATH; KIP HALLMAN; JORGE DOMINICIS; THOMAS PANGBURN; PAUL FRANCISCO, and DOES 1 and 2,<br><br>　　　　　Defendants. | CASE NO. 21-cv-02409-PJH<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br>Settlement Conf.:　March 28, 2022<br>Time:　　　　　　1:00 p.m.<br>Judge:　　　　　　Hon. Donna M. Ryu |

All parties, by and through their respective counsel of record, do hereby jointly stipulate and request that the Court continue the Settlement Conference currently set for March 28, 2022,

1

with Magistrate Judge Donna M. Ryu. In support of this request and stipulation, the parties set forth:

    1) On July 15, 2021, the Court referred this case to Judge Donna M. Ryu for settlement conference.

    2) On October 12, 2021 and January 18, 2022, following communications between all counsel and Judge Ryu, the settlement conference was rescheduled. (Dkts. 39, 65.) The settlement conference is currently scheduled for March 28, 2022.

    3) The parties continue to be engaged in discovery and have requested an extension of the current discovery and other case deadlines. Dkt. 74. The parties have jointly proposed a new fact discovery cut-off of July 29, 2022. Dkt. 76 at 9. The Court has set a case management conference for March 17, 2022. Dkt. 75.

    4) The parties believe that a number of depositions and further exchange of written discovery are needed in order to properly evaluate the case and have a productive and meaningful settlement conference.

    5) At this point, the parties agree that it would not be productive to hold the settlement conference on the currently scheduled date of March 28, 2022.

    6) As such, the parties respectfully request that the Court continue the settlement conference from March 28, 2022 to a date in July or August 2022 or otherwise at the Court's convenience, so that additional discovery and case evaluation can be completed.

    7) This request is made in good faith and the parties believe that the additional discovery will result in a higher probability of a settlement being reached in the case.

    8) The case has been assigned a trial date of June 27, 2023. (Dkt. 53)

**WHEREFORE,** based on the above circumstances, the parties jointly stipulate and request that the Court vacate the March 28, 2022 settlement conference and continue the settlement conference to a date in July or August 2022 or otherwise at the Court's convenience.

2

*Estate of Rafael Ramirez Lara v. County of Monterey, et al.*　　　　Case No. 21-cv-02409-PJH
Joint Stipulation and Request to Continue Settlement Conference; Order (As Modified)

1    **IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.**

2

3    Dated:  March 16, 2022                         LESLIE J. GIRARD
                                                    County Counsel
4

5                                                   By: /s/ *Ellen S. Lyons*
                                                    ELLEN S. LYONS, Deputy County Counsel
6                                                   Attorneys for Defendants
                                                    COUNTY OF MONTEREY; SHERIFF STEVE
7                                                   BERNAL; JAMES BASS; JOHNATHAN
                                                    THORNBURG; RAY TONGOL, and JESUS
8                                                   TEJEDA

9
     Dated:  March 16, 2022                         RIFKIN LAW OFFICE
10

11
                                                    By: /s/ *Lori Rifkin*
12                                                  LORI RIFKIN
                                                    Attorneys for Plaintiffs
13                                                  ESTATE OF RAFAEL RAMIREZ LARA,
                                                    deceased, by and through PATRICIA
14                                                  RAMIREZ; PATRICIA RAMIREZ;
                                                    RAFAEL RAMIREZ; and JENNIFER
15                                                  RAMIREZ

16
     Dated: March 16, 2022                          BERTLING LAW GROUP
17

18
                                                    By: /s/ *Jemma Parker Saunders*
19                                                  PETER G. BERTLING
                                                    JEMMA PARKER SAUNDERS
20                                                  Attorneys for Defendant WELLPATH,
                                                    KIP HALLMAN, JORGE DOMINICS,
21                                                  THOMAS PANGBURN, PAUL FRANCISCO,
                                                    RAYMOND HERR and CHRISTINA KAUPP
22

23
     **I hereby attest that I have on file approval for any signatures indicated by a "conformed"
24   signature (/s/) within this e-filed document.**

25

26

27

28

3

*Estate of Rafael Ramirez Lara v. County of Monterey, et al.*                    Case No. 21-cv-02409-PJH
Joint Stipulation and Request to Continue Settlement Conference; Order (As Modified)

## ORDER (AS MODIFIED)

The Court, having considered the parties' Joint Stipulation and Request to Continue the Settlement Conference, and finding good cause appearing therefore, hereby GRANTS the Stipulation. The Settlement Conference set for March 28, 2022 at 1:00 p.m. is vacated and continued to **June 3, 2022 at 10:00 a.m. in Oakland, - by Videoconference only** before Magistrate Judge Donna M. Ryu. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Rescheduled Settlement Conference and Settlement Conference Order dated January 18, 2022. [See Docket No. 65.]

Magistrate Judge Donna M. Ryu will convene a pre-settlement conference call to discuss preparation for a settlement conference. Judge Ryu anticipates that the phone call will last approximately 20-30 minutes. The conference call shall take place on **May 4, 2022 at 9:15 a.m.** Lead Counsel for all parties shall participate. Counsel will receive the call-in information via e-mail from Judge Ryu's courtroom deputy.

**IT IS SO ORDERED AS MODIFIED.**

Dated:  March 21 , 2022.



_____
DONNA M. RYU
United States Magistrate Judge

4

*Estate of Rafael Ramirez Lara v. County of Monterey, et al.*   Case No. 21-cv-02409-PJH
Joint Stipulation and Request to Continue Settlement Conference; Order (As Modified)