UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF RAFAEL RAMIREZ LARA, et al.,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 21-cv-02409-PJH

**ORDER**

Re: Dkt. No. 83

Plaintiffs' motion for sanctions pursuant to Federal Rule of Civil Procedure 37 came on for hearing before this court on May 5, 2022. Plaintiffs appeared through their counsel, Lori Rifkin. County of Monterey defendants appeared through their counsel, Ellen S. Lyons. Wellpath defendants appeared through their counsel, Jemma Parker Saunders. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES without prejudice plaintiff's motion for monetary sanctions, for the reasons stated at the hearing. As stated at the hearing, defendants' new deadline for production of ESI is June 29, 2022.

**IT IS SO ORDERED.**

Dated: May 9, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge